In the Matter of the Application of ALBERT B. MILES, Appellant, for a Writ of Mandamus.

THOMAS W. HAMER et al., Respondents.

In the Matter of the Application of GEORGE B. KNOLLIN, Appellant, for a Writ of Mandamus.

PETER G. HYDORN et al., Respondents.

*Matter of Miles*, 128 App. Div. 908, affirmed.
*Matter of Knollin*, 128 App. Div. 908, affirmed.
(Argued October 7, 1909; decided October 26, 1909.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court

in the fourth judicial department, entered October 7, 1908, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants to appoint certain persons as inspectors of election.

*E. J. Mizen* for appellants.

*Roscoe Sargent* for respondents.

Order affirmed, with costs in each case; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.